IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

AMERICAN BANKERS LIFE ASSURANCE
COMPANY OF FLORIDA, ET AL.,                                PLAINTIFFS,

VS.                                        CIVIL ACTION NO. 2:04CV188-P-A

IDA MAE WEEKS,                                              DEFENDANT.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, it is the final judgment of this court that:

(1) Plaintiffs' Motion for Summary Judgment and for Stay of Underlying Action [11-1] is hereby **GRANTED**;

(2) Resolution of Ida Mae Weeks's claims asserted against the defendants in the underlying action of *Walton v. Tower Loan, et al.*, currently pending in the Circuit Court of Coahoma County, Mississippi, are hereby **STAYED** pending resolution of arbitration; and

(3) This case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 19th day of April, A.D., 2005.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE